# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 16-cr-** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| **HELEN K. MCKINNON, also known as HELEN CHEATHAM,** | : | **18 U.S.C. § 641 (Theft of Public Money)** |
| | : | |
| **Defendant.** | : | **FORFEITURE:** |
| | : | |
| | : | **18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Theft of Public Money)

From on or about January 2, 2004, through on or about March 3, 2015, in the District of Columbia and elsewhere, defendant Helen McKinnon willfully and knowingly did steal and purloin money of the Social Security Administration, a department or agency of the United States, namely Retirement Survivor's Insurance Benefits, having a value of $168,300.

**(Theft of Public Money in violation of Title 18, United States Code, Section 641)**

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will seek a forfeiture money judgment against the defendant in the amount of $158,209.91.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

CHANNING D. PHILLIPS.
United States Attorney
In and For the District of Columbia

By: _____
ANTHONY D. SALER
D.C. Bar No. 448254
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
202.252.6971
Anthony.Saler@usdoj.gov

2